**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRES GOMEZ, | ) | Case No.  CV-17-2398-R |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | **BY LACK OF PROSECUTION** |
| v. | ) | |
| JACKS N JOE, LLC, ET AL., | ) | |
| Defendant(s). | ) | |

Plaintiff was ordered to show cause in writing by not later than **August 18, 2017** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: August 21, 2017

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE